UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 04-18217 |
| | | CHAPTER 13 |
| DEXTER E. AMBURGEY | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

  Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

  The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916590 | $0.25 |

Creditor(s)
Bonded Collection Systems
P.O. Box 36155
Cincinnati, Ohio 45236

                                        Respectfully submitted,

                              /s/   Margaret A. Burks, Esq.
                                    Margaret A. Burks, Esq.
                                    Chapter 13 Trustee
                                    Attorney No. OH 0030377

                                    Francis J. DiCesare, Esq.
                                    Staff Attorney
                                    Attorney No. OH 0038798

                                    Karolina F. Perr, Esq.
                                    Staff Attorney
                                    Attorney No. OH 0066193

                                    600 Vine Street, Suite 2200
                                    Cincinnati, OH 45202
                                    (513) 621-4488
                                    (513) 621 2643 (Facsimile)
                                    mburks@cinn13.org - Correspondence only
                                    fdicesare@cinn13.org
                                    kperr@cinn13.org
                                    cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, February 24, 2010.

                                /s/     Margaret A. Burks, Esq.
                                        Margaret A. Burks, Esq.

Bonded Collection Systems
P.O. Box 36155
Cincinnati, Ohio 45236

Debtor(s) Counsel
R. DEAN SNYDER, ESQ.
5127 PLEASANT AVENUE
FAIRFIELD, OH  45014

Debtor(s)
DEXTER E. AMBURGEY
1560 BETHEL NEW RICHMOND ROAD, LOT 42
NEW RICHMOND, OH  45157

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Registry_Deposit_for_Creditor